UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLORIS BANKS TORREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14 CV 1676 CDP |
| | ) | |
| JPMORGAN CHASE BANK, N.A., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

On April 29, 2015, I granted defendants' motion to dismiss plaintiff Cloris

Banks Torrey's complaint in its entirety, and this case was closed by the Clerk.

Torrey did not appeal my order and judgment, and the time to do so has passed.

However, in the past several months, she has filed more than ten motions, most of

which seem to ask me to review or change my order dismissing her case. Some,

like the most recently filed 41 page document, are copies of documents she has

sent to others. Each of these motions is legally frivolous and none provide any

basis for relief. Torrey is abusing the Court's (and the taxpayers') resources by

filing frivolous documents in this closed case. Continuing to permit Torrey to file

such motions is a waste of the court's time and resources.

Accordingly,

**IT IS HEREBY ORDERED** that all of plaintiff's pending motions are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall no longer accept filings in this case, with the only exception being if plaintiff files a timely and proper notice of appeal from this order, which must, of course, be accompanied by the appropriate filing fee.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of September, 2015.